**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 03-6444**

―――――――――――――

In Re:  DANIEL LEE GIBSON,

                                                      Petitioner.

―――――――――――――

On Petition for Writ of Mandamus.  (CA-01-271-3)

―――――――――――――

Submitted:  June 12, 2003          Decided:  June 18, 2003

―――――――――――――

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

―――――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――――

Daniel Lee Gibson, Petitioner Pro Se.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Lee Gibson petitions for a writ of mandamus, alleging the district court has unduly delayed in issuing a final order acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to issue a final decision. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant Gibson's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED